## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
|                                                    | :  |                  |
| MICHAEL BARTH and MAUREEN BARTH,                   | :  | CIVIL ACTION     |
| individually and as husband and wife,              | :  |                  |
|                                                    | :  |                  |
|                     Plaintiffs,                    | :  |                  |
|                                                    | :  |                  |
|                        v.                          | :  | No.  16-2140     |
|                                                    | :  |                  |
| WALT DISNEY PARKS AND RESORTS U.S.,                | :  |                  |
| INC. and THE WALT DISNEY COMPANY,                  | :  |                  |
|                                                    | :  |                  |
|                     Defendants.                    | :  |                  |
_____ :

### ORDER

**AND NOW**, this    29th     day of  August, 2016, upon consideration of the

Motion to Dismiss for Lack of Personal Jurisdiction filed by Defendants, Walt Disney Parks and

Resorts U.S., Inc. and The Walt Disney Company (collectively, "Defendants") (Doc. No. 6), the

Response in Opposition filed by Plaintiffs, Michael and Maureen Barth (collectively,

"Plaintiffs'), and the Defendants' Reply Brief, it is hereby **ORDERED** that the Motion is

**GRANTED**, and Plaintiffs' Complaint is **DISMISSED** for lack of personal jurisdiction.

BY THE COURT:


 /s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE